UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE WEISS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PERSPECTA INC.; JOHN M. CURTIS; SANJU K. BANSAL; LISA S. DISBROW; GLENN A. EISENBERG; PAMELA O. KIMMET; RAMZI M. MUSALLAM; PHILIP O. NOLAN; BETTY J. SAPP; MICHAEL E. VENTLING; SONDRA L. BARBOUR,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-649-WQH-LL<br><br>**ORDER** |

HAYES, Judge:

　　Pursuant to the Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure filed by Plaintiff Annie Weiss (ECF No. 5), this action is dismissed. The Clerk of the Court shall close the case.

Dated: July 29, 2021

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　　　United States District Court